This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                              **NO. A-1-CA-37268**

**CELENA PEREZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Douglas R. Driggers, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Public Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Defendant Celena Perez appeals from the judgment and order suspending sentence resulting from her conditional no contest plea, convicting her of possession

of a controlled substance and possession of marijuana or synthetic cannabinoids. [RP 101] Defendant reserved the right to appeal the court's ruling on her motion to suppress. [RP 96, 112] This Court issued a calendar notice on August 29, 2018, proposing summary reversal on the basis that the search of Defendant's person was unlawful. [CN 2] On September 18, 2018, the State filed a response to the calendar notice indicating that it will not file a memorandum in opposition. Thus, for the reasons stated in the calendar notice, we reverse and remand to the district court.

{2}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**HENRY M. BOHNHOFF, Judge**


_____
**DANIEL J. GALLEGOS, Judge**